**Melvin CONLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40756.**

Missouri Court of Appeals,
Western District.

Jan. 17, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 28, 1989.

Larry C. Pace, Contract Public Defender,
Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).